Thomas C. Sterling
BLAIR, STERLING, JOHNSON & MARTINEZ
A Professional Corporation
Suite 1008, DNA Building
238 Archbishop F.C. Flores St.
Hagåtña, Guam 96910-5205
Telephone: (671) 477.7857
Facsimile: (671) 472.4290
E-mail: tcsterling@kbsjlaw.com

Robert Nida (admitted pro hac)
CASTLE & ASSOCIATES
A Professional Law Corporation
8383 Wilshire Blvd., Ste. 810
Beverly Hills, California 90211
Telephone: (310) 286-3400
E-mail: rnida@castlelawoffice.com

*Attorneys for Defendant Black Construction Corporation*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ROLANDO T. CANOY, | CIVIL CASE NO. CV12-00012 |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| BLACK CONSTRUCTION CORPORATION; DOE DEFENDANTS 1-100, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the instant action be dismissed in its entirety with prejudice.

//

| | |
|---|---|
| | The parties shall bear their own attorneys' fees and costs. |
| | BLAIR STERLING JOHNSON & MARTINEZ<br>A PROFESSIONAL CORPORATION |
| DATED: SEPTEMBER 27, 2013. | BY: _____<br>**THOMAS C. STERLING**<br>*Attorneys for Defendant Black Construction Corporation* |
| | LUJAN AGUIGUI & PEREZ LLP |
| DATED: SEPTEMBER 27, 2013. | BY: _____<br>**DAVID J. LUJAN**<br>*Attorneys for Plaintiff Rolando T. Canoy* |

E56\05832-63\\G:\PLD\TCS\692-STIPULATION FOR DISMISSAL WITH PREJUDICE RE CANOY V BCC CV12-00012.DOC